**No. 09-8436. Michael Walker, Petitioner v. United States.**

559 U.S. 956, 130 S. Ct. 1551, 176 L. Ed. 2d 142, 2010 U.S. LEXIS 1206.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 348 Fed. Appx. 910.

**No. 09-8438. Juan Vasquez-Rosales, Petitioner v. United States.**

559 U.S. 956, 130 S. Ct. 1552, 176 L. Ed. 2d 142, 2010 U.S. LEXIS 1144.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 573 F.3d 865.

**No. 09-8439. John Richard Proctor, Petitioner v. United States.**

559 U.S. 956, 130 S. Ct. 1552, 176 L. Ed. 2d 142, 2010 U.S. LEXIS 1395.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 329 Fed. Appx. 502.

**No. 09-8440. Michael Charles Jones, Petitioner v. United States.**

559 U.S. 956, 130 S. Ct. 1552, 176 L. Ed. 2d 142, 2010 U.S. LEXIS 1156.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 347 Fed. Appx. 895.

**No. 09-8446. Terry L. Dawkins, Petitioner v. United States.**

559 U.S. 957, 130 S. Ct. 1552, 176 L. Ed. 2d 142, 2010 U.S. LEXIS 1401.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 347 Fed. Appx. 182.

**No. 09-8447. Timothy Wayne Carver, Petitioner v. United States.**

559 U.S. 957, 130 S. Ct. 1552, 176 L. Ed. 2d 142, 2010 U.S. LEXIS 1235.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 348 Fed. Appx. 449.

**No. 09-8449. Chester McCoy, Petitioner v. United States.**

559 U.S. 957, 130 S. Ct. 1552, 176 L. Ed. 2d 142, 2010 U.S. LEXIS 1400.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 333 Fed. Appx. 502.

**No. 09-8450. Robert Mills, Petitioner v. United States.**

559 U.S. 957, 130 S. Ct. 1553, 176 L. Ed. 2d 142, 2010 U.S. LEXIS 1262.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8452. Tony Edward Powell, Petitioner v. United States.**

559 U.S. 957, 130 S. Ct. 1553, 176 L. Ed. 2d 142, 2010 U.S. LEXIS 1445.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8456. Issa Sanad Beiruti, Petitioner v. United States.**

559 U.S. 957, 130 S. Ct. 1553, 176 L. Ed. 2d 142, 2010 U.S. LEXIS 1290.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.